## MAXWELL MOTOR SALES CORPORATION v. MIDLAND MOTORS COMPANY, INC.[1]

October 27, 1922.

No. 22,947.

**Case followed.**

Action in the district court for Hennepin county to recover $4,082.69. A writ of attachment was granted on the ground that defendant had disposed of part of its property and was about to dispose of the rest with intent to delay and defraud plaintiff. Defendant's motion to vacate the writ was granted by Bardwell, J. From the order vacating the attachment, plaintiff appealed. Affirmed.

*M. A. Jordan* and *Thomas Kneeland*, for appellant.

*G. A. Will* and *Edward Lucas*, for respondent.

[1]Reported in 190 N. W. 348.

PER CURIAM.

This case was argued with and follows Chalmers Motor Car Co. v. Midland Motors Co. Inc., supra, page 304.

Order affirmed.